IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TERRY WAYNE GOODMAN, #10677-078 | § | |
| VS. | § | CIVIL ACTION NO. 9:04cv215 |
| | | APPEAL NO. 05-40683 |
| UNITED STATES OF AMERICA | § | |

O R D E R

    Came on for consideration, the Petitioner's notice of appeal and motion for a certificate of appealability. This is the second time he has filed a notice of appeal and motion for a certificate of appealability from the final judgment. He needed to file the documents only once. The present notice of appeal and motion for a certificate of appealability are duplicitous and should be stricken. All proceedings at the district court level are completed, and the Petitioner should file all future motions directly with the Fifth Circuit. It is accordingly

    **ORDERED** that the notice of appeal (docket entry #24) and motion for a certificate of appealability (docket entry #25) are **STRICKEN**. It is finally

    **ORDERED** that the Clerk shall return unfiled any new documents submitted by the Petitioner in this case unless the Fifth Circuit remands the case for further consideration.

    **SIGNED** this the 29 day of **June, 2005.**

_____
Thad Heartfield
United States District Judge